1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  JACQUELYN S. STAFFORD-PELT,            **E-FILED - 12/23/05**

12             Plaintiffs,                 CASE NO.: C-04-00496-RMW

13         v.                              **ORDER OF DISMISSAL**

14  STATE OF CALIFORNIA, et al.,

15             Defendants.

16
    The Court having been advised on November 8, 2005, that this case has been settled and no party
17
having advised that the settlement has fallen through,
18
    It is hereby ordered that this case is dismissed with prejudice.
19
    The Clerk may close the file.
20
21
DATED: December 23, 2005
22
23
                                           */s/ Ronald M. Whyte*
24                                         RONALD M. WHYTE
                                           UNITED STATES DISTRICT JUDGE
25
26
27
28

ORDER OF DISMISSAL
Case No. C-04-00496-RMW

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28