1

2

3

4                                                        **E-FILED on** ___1/10/6_____

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12   JACQUELYN S. STAFFORD-PELT,              No. C-04-00496 RMW

13             Plaintiff,                     ORDER REOPENING CASE

14        v.                                  **[Re Docket No. 67]**

15   STATE OF CALIFORNIA, et al,

16             Defendants.

17

18        On December 23, 2005, the court dismissed this case because it had been advised on

19   November 8, 2005, that the case had settled.  On January 4, 2006, defendant County of San Benito

20   filed a letter on the court's electronic filing system, stating that the matter had not settled in its

21   entirety.  The court will treat this letter as a motion for relief from a judgment under Fed.R.Civ.P.

22   60(b)(1) and grant it.  The case is hereby reopened.

23

24

25   DATED: _____1/9/05_____        _____/s/ Ronald M. Whyte_____
                                                  RONALD M. WHYTE
26                                                United States District Judge

27

28

ORDER REOPENING CASE—No. C-04-00496 RMW
JAH

1   **Notice of this document has been electronically sent to:**

2   **Counsel for Plaintiff:**

3   Patrick Earl Marshall          patrickemarshall@earthlink.net

4   **Counsel for Defendants:**

5   Michael C. Serverian          mserverian@rllss.com
    John V. Picone, III           picone@fr.com
6

7   Counsel are responsible for distributing copies of this document to co-counsel that have not
    registered for e-filing under the court's CM/ECF program.
8

9

10  **Dated:**          1/10/6                              /s/ JH
11                                                  **Chambers of Judge Whyte**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER REOPENING CASE—No. C-04-00496 RMW
JAH                                            2