**E-FILED on**    1/10/6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUELYN S. STAFFORD-PELT,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al,<br><br>    Defendants. | No. C-04-00496 RMW<br><br>ORDER REOPENING CASE<br><br>**[Re Docket No. 67]** |

    On December 23, 2005, the court dismissed this case because it had been advised on November 8, 2005, that the case had settled. On January 4, 2006, defendant County of San Benito filed a letter on the court's electronic filing system, stating that the matter had not settled in its entirety. The court will treat this letter as a motion for relief from a judgment under Fed.R.Civ.P. 60(b)(1) and grant it. The case is hereby reopened.

DATED:    1/9/05                                         /s/ Ronald M. Whyte
                                                                           RONALD M. WHYTE
                                                                           United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Patrick Earl Marshall     patrickemarshall@earthlink.net

**Counsel for Defendants:**

Michael C. Serverian     mserverian@rllss.com
John V. Picone, III      picone@fr.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     1/10/6                          /s/ JH
                                         **Chambers of Judge Whyte**