**E-FILED on**   4/10/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACQUELYN S. STAFFORD-PELT,<br><br>        Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA; COUNTY OF SAN BENITO; CITY OF HOLLISTER; JOHN SARSFIELD; CURTIS HILL; LARRY TODD; and DOES 1-10,<br><br>        Defendants. | No. C-04-00496 RMW<br><br>ORDER GRANTING DISMISSAL<br><br>**[Re Docket No. 69, 70]** |

      The parties report that this case has settled and request dismissal pursuant to Fed.R.Civ.P. 41(a)(2). One of the three remaining defendants, John Sarsfield, makes the admittedly "unusual" request that he be dismissed in a separate document and on a separate day as defendants San Benito County and Curtis Hill because Sarsfield believes "he did nothing wrong in the case and should never have been made a party to it." Sarsfield presents no legal authority in support of his request, nor does he address the general preference in federal court against "piecemeal disposal of litigation." *See*, *e.g.*, Fed.R.Civ.P. 54 Advis. Comm. Note of 1946.

ORDER GRANTING DISMISSAL—No. C-04-00496 RMW
JAH

1 | The court expresses no opinion on the merits of the currently-pending claims.  Pursuant to
2 | the parties' request, the case is dismissed with prejudice.
3
4
5 | DATED:      4/7/06                                      /s/ Ronald M. Whyte
                                                         RONALD M. WHYTE
6 |                                                      United States District Judge

1 | **Notice of this document has been electronically sent to:**

2 | **Counsel for Plaintiff:**

3 | Patrick Earl Marshall        patrickemarshall@earthlink.net

4 | **Counsel for Defendants:**

5 | Michael C. Serverian         mserverian@rllss.com
John V. Picone, III          picone@fr.com

7 | Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     4/10/06                          /s/ JH
                                         **Chambers of Judge Whyte**

ORDER GRANTING DISMISSAL—No. C-04-00496 RMW
JAH                                               3